NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IMPLANT DIRECT INT'L,**
*Appellant,*

**v.**

**CLEAR CHOICE HOLDINGS LLC,**
*Appellee.*

---

2014-1071

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 91190485.

---

**ON MOTION**

---

**O R D E R**

Implant Direct Int'l moves to withdraw its appeal. Clear Choice Holdings, LLC moves for an extension of time to file its opening brief ten days after the court rules on the pending motion to withdraw the appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

2       IMPLANT DIRECT INT'L v. CLEAR CHOICE HOLDINGS LLC


(1) The motion to withdraw this appeal is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

(3) All other pending motions are denied as moot.

FOR THE COURT


/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21


ISSUED AS A MANDATE: March 21, 2014